CARLOS JONATHAN GONZALEZ BECERRA
(Name) OTAY MESA DETENTION CENTER
P.O. BOX 439049
(Address)
SAN DIEGO, CA 92143-9049
(City, State, Zip)
A. 205527581
(CDCR / Booking / BOP No.)

FILED
JAN 08 2024
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

# United States District Court
## Southern District of California

CARLOS JONATHAN GONZALEZ BECERRA
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

ICE OFFICER SAN YSIDRO, DETENTION Center
MESA OTAY DETENTION CENTER
DO DUMO, ICE OFFICER,
SHIELDS, ICE OFFICER,
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. '24CV0070 JAH KSC
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
28 U.S.C. § 1343 (a)(3) AND 42 U.S.C § 1983.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, CARLOS JONATHAN GONZALEZ BECERRA (print Plaintiff's name), who presently resides at P.O. BOX 439049 SAN DIEGO, CALIFORNIA 92143-9049 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at SAN YSIDRO DETENTION CENTER BORDEN (institution/place where violation occurred) on (dates) 11-26-23 (Count 1), 12-7-23 (Count 2), and 11-12-23 (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ICE OFFICER (name) resides in UNITED STATE, SAN DIEGO, CA (County of residence) and is employed as a ICE OFFICER (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: HE TELL ME FUCK MEXICAN JUST HARD TIME'S HE STAR HIT ME BECOUSE I REFUSE TO SING DOCUMENT'S, ABUSE POWER DISCRIMINATORY, RACIS HE HIT ME BRUTALITY.

Defendant OTAY MESA DETENTION CENTER (name) resides in UNITED STATE, OTAY MESA (County of residence), and is employed as a DETENTION CENTER WORKED (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THEY LOSS MY MONEY $244,00 R&D AND DENIED ME GIVE STAMPS, EMBOLOS AND LEGAL ASSISTEM

Defendant DO DUMO (name) resides in UNITED STATE, SEATTLE, WA (County of residence) and is employed as a ICE OFFICER (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THEY HIT ME AND TOCH MY PRIVATE PART'S MY PICNES BECOUSE I REFUSE TO SING A DOCUMENT'S, ABUSE POWER DISCRIMINATORY, SEXUAL ABUSE.

Defendant SHIELDS (name) resides in UNITED STETE, SEATTLE, WA (County of residence) and is employed as a ICE OFFICER (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: THEY HIT ME AND TOCH MY PRIVETE PART'S MY PINES BECOUSE I REFUSE TO SING A DOCUMENT'S, ABUSE POWER DISCRIMINATORY, SEXUAL ABUSE.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ABUSE OF POWER, HE Hit ME BRUTALITY DISCRIMINATORY, RACIS, RIGHT to MEDICAL ATTENTION. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

NOVEMBER-26-2023 ABOUT 4PM to 6PM THE OFFICER FROM ICE WITH REGULAR CLOTHING GIVE ACCOPLE DOCUMENT'S to SING BUT WHEN I TELL HEM I DONT SING ENY DOCUMENT'S IF I DONT HAVE ENY ATTORNEY, HE STAR ACTIN SO AGRESSIVE HE STAR HIT ME BRUTALITY, HE HIT ME 3 TIME WITH THE WALL I LOSS MY TEETH IN THE FROMT DOWN AFTER THE OFFICER HIT ME AND PUSH ME WITH THE WALL WE MOVED to OTHER AREA AND HE HIT ME AGAIN AFTER THAT HE PUT ME IN A ROOM FOR 12 DAY'S BY MY SELF THE OTHER OFFICER'S DENIED ME ACCOPLE DAY'S FOOT, AND MEDICAL ATTENTION WHEN I ASK TO OTHER OFFICER FOR HE'S NAME THE OFFICER HIT ME EVERY BODY REFUSE TO GIVE ME HE'S NAME IN SAN YSIDRO DETENTION CENTER REFUSE TO GIVE MEDICAL ATTENTION

Count 2: The following civil right has been violated: RIGHT TO MEDICAL ATTENTION AND PUT MY TEETH BACK, NO STAMPS, NO EMBOLOS, AGRESSIVE, OFENSE OFICIAL (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

DEMENBER - 7 - 2023 ABOUT 10 AM I COME TO SAN YSIDRO DETENTION CENTER TO HERE OTAY MESA DETENTION CENTER WHEN WE PASS TO R&D I GIVE MY CASH MONEY $244.00 DOLLAR'S AND $500.00 PESOS MEXICAN THE OFFICE'S STOLE MY UNITED STATED MONEY THEY NEVER GIVE ME BACK MY MONEY WHEN I TRAIT TO SEND PERSONAL MAIL'S AND LEGAL THE CONSULER GOMEZ, F CASE MANAGER BIAZ, F, UNIT MANAGER AYER REFUSE TO HELP ME TO SEND LEGAL AND PERSONAL MAIL THEY TELL ME I HAVE TO BUY IN COMISARY BUT R&D STOLE MY U.S MONEY WHEN I ASK FOR EMBOLOS AND STAMP'S AGAIN TO CASE MANAGER CHARLES HE REFUSE TO HELP ME AND STAR TELL ME BAD WORDS ASS SOL SO DISCRIMINATORY, ILLEGAL ACTION TO THE PERSONAL WORK IN THIS INSTITUTION.

WHEN THE DENTIS CHECK ME HE TELL ME I CAN'T PUT YOU TEETH'S BACK THE DESTIS AND THE INSTITUTION REFUSE TO GIVE ME MEDICAL ATTENTIUON AND PUT MY TEETH'S BACK THIS INSTITUTION DO BISNES WITH US

Count 3: The following civil right has been violated: SEXUAL ABUSE, ABUSE POWER DISCRIMINATORY, RACIS. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

NOVEMBER-12-2023 THE ICE OFFICER'S DO DUMO AND SHIELDS TACK ME FROM MY RELEASE DAY'S FROM THE JAIL, SEA TAC, WASHINGTON WE GO TO THE OFICE DOWN TOWN SEATTLE THEY FORCE MY TO PUT MY FINGER PRINT IN THE PAPER THEY HIT ME AND THEY TOCH MY PINE WITH TO MUCH FORCE SEXUAL ABUSE I TRAIT TO REPORT BUT NO BODY HELP ME I REPORT IN THE TACOMA, WASHINGTON IN PREA I SEND MAIL TO WASHINGTON D.C TO REPORT THE BRUTALITY THE OFFICER DO WITH ME ICE OFFICER'S ARE SO AGRESSIVE ALL THE TIME THA HAPPEN 11:55 AM WHEN THE OFFICER ABUSE ME SEXUAL

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: CARLOS JONATHAN GONZALEZ BECERRA
Defendants: SANTA ANA JAIL

(b) Name of the court and docket number: CENTRAL District COURT CALIFORNIA (LOS ANGELES) 8:23-CV-01859-JAK-MRW.

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] still PENDING.

(d) Issues raised: ABUSE POWER, DISCRIMINATORY they Hit ME BRUTALITY.

(e) Approximate date case was filed: 6-15-2020.

(f) Approximate date of disposition: 10-15-2023.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

they tell IS PENDING, still NO ANSWERS.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):
I NEED MY (TEETH) BACK to BE REPAIRED AND MY (STAY IN THE UNITED STATED), BECAUSE I WAS (BRUTALY) (ASAULTED) AND (STRICKEN) BY A (U.S CITIZEN) BY A U.S CITIZEN, BY A OFFICIAL ICE OFFICER

2. Damages in the sum of $ 500,000.

3. Punitive damages in the sum of $ 500,000.

4. Other: ONE MILLION DOLLARS

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

12-10-2023
Date

[signature]
Signature of Plaintiff

Grievance No.: 2023-2610-00645-G

14-5B-ICE

1/2

# DETAINEE GRIEVANCE

| FULL NAME: | CARLOS JONATHAN GONZALEZ BECERRA | | |
|---|---|---|---|
| NUMBER: | 205527581 | HOUSING ASSIGNMENT: | M / 103 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)? ☒ YES ☐ NO

GRIEVANCE CATEGORY (circle one):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other (circled) |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary.)

DIC - 14 - 2023 THE CASE MANAGER CHARLES FOR ASK FOR EMBOLOS FOR LEGAL MAIL HE STAR OFENCE ME HE TELL ME ASS OLD AND BAD WORKS

**REQUESTED ACTION:** (Attach additional pages if necessary.)

HE NEED ACTIN MORE PROFECIONAL AND NO OFENCE THE INMATE, DISCRIMINATORY, RACIS

Detainee's Signature: [signature] Date Submitted: DEC-14-2023



Proprietary Information – Not for Distribution – Copyrighted – Property of ICE-Contracted Facilities

5/1/17

Grievance No.: 2023-2610-00695 G

14-5B-ICE

# DETAINEE GRIEVANCE

| FULL NAME: | CARLOS JONATHAN GONZALEZ BECERRA | | |
|---|---|---|---|
| NUMBER: | 205527581 | HOUSING ASSIGNMENT: | M-103 |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)? ☒ **YES** ☐ **NO**

**GRIEVANCE CATEGORY (circle one):**

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials (circled) | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail (circled) | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary.)

THE CASE MANAGER'S CHARLE'S REFUSE TO HELP ME OR GIVE ME EMBOLOS FOR SEND LEGAL MAIL HE TELL ME I NEED WAITING 30 DAY'S FOR RECEP EMBOLOS ILLEGALY ACTION, DISCRIMINATION, NO PROFECCIONAL ACTIVITIS I CAN'T TAKE ENY ATTORNEY FOR MY CASE BECOUSE THE INSTITUTION DENID GIVE ME EMBOLOS FOR SEND LEGAL DOCUMENT'S FOR MY CASE

**REQUESTED ACTION:** (Attach additional pages if necessary.)

WE NEED EMBOLOS AND STAMP'S FOR LEGAL MAIL FREE THIS INSTITUTION BUY THE EMBOLOS ILLEGALY ACTION

Detainee's Signature: [signature] Date Submitted: DEC-14-2023



Proprietary Information – Not for Distribution – Copyrighted – Property of ICE-Contracted Faciliti...



Grievance No.: 2023 2610 00695-G

14-5B-ICE

**GRIEVANCE OFFICER'S (GO) REVIEW/DECISION:**
(Attach additional pages if necessary. All pages must include the grievance number.)

See attached 3-1 You were told that the indigent form requires you to be here for 30 days with no or a small amount of money. You continue to state to write my family. [illegible] Owens told you concerning legal to go to the law library. If you choose not to go then I do not understand your address. You need to understand I had them open the library for 3 hours & you did not go.

Grievance Officer's Printed Name: Owens Title: SWM

Grievance Officer's Signature: [signature] Date: 12.20.23

Detainee's Signature (upon receipt): X REFUSED TO SIGN Date: 12-21-23

**DETAINEE APPEAL OF GO DECISION: (Must be submitted within five [5] days of receipt)**
(Attach additional pages if necessary. All pages must include the grievance number.)

**GRIEVANCE APPEAL BOARD DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Staff Member's Printed Name: ______ Signature: ______ Date: ______

Staff Member's Printed Name: ______ Signature: ______ Date: ______

Staff Member's Printed Name: ______ Signature: ______ Date: ______

Detainee's Signature (upon receipt): ______ Date: ______

**DETAINEE APPEAL OF GRIEVANCE APPEAL BOARD (GAB) DECISION:**
(Attach additional pages if necessary. All pages must include the grievance number.)

**FACILITY ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Facility Administrator's Signature: ______ Date: ______

Detainee's Signature (upon receipt): ______ Date: ______



Proprietary Information – Not for Distribution – Copyrighted – Property of ICE-Contracted Facilities

5/1/17

# Grievance #405321361

Profile Photo:



Audit Photo:
Audit Photo

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/18/23 11:13
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** CC:B8:A8:9A:6C:DA
**Device ID:** CCB8A89A6CDA

**Form Info**

**Category:** ICE
**Form:** 02. Access to Legal Materials

**Grievance Info**

**Status:** OPEN
**Facility Deadline:** 12/28/23 23:59 (7d)
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Facility Favor-Denied

**Details:**

The officer Fay library

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

December-18-2023 /5:20am the officer Fay denied my give me embolos for send legal documents illegally action for this institution the r&d loss my money I can't buy nothing they loss my cash money $244.00 dollars

**REQUESTED ACTION:**
Give Free embolos for legal mail

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/21/23 09:04 | Mileto, L | Recategorization | Changed Category and Form from 'USMS/USMS 2. Access to Legal Materials Grievance ' to 'ICE/02. Access to Legal Materials ' |
| 12/21/23 09:04 | Mileto, L | Changed Status | From 'Closed' to 'Open' |
| **12/19/23 07:05** | **C. Dorame** | **Staff Response** | **Good Morning, Please fill out indigent status form provided in unit for all detainees who meet the criteria. ICE Detainees are considered "indigent " if he/she has less than $15.00 in his/her account. Library is not required to issue envelopes to detainees upon request. Please follow proper procedure in place to receive services for indigent detainees. Detainee was** |

| DATE/TIME | USER | ACTION | DETAILS |
| --- | --- | --- | --- |
| | | | **issued (4) envelopes upon request upon request from library. Detainee advised to follow proper procedure.** |
| 12/19/23 07:05 | C. Dorame | Changed Status | From 'Open' to 'Closed' |
| 12/19/23 07:04 | C. Dorame | Changed Disposition | Changed the disposition value for level 1 from to Facility Favor-Denied |
| **12/18/23 11:13** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **The officer Fay library** |

# Grievance #405377881

Profile Photo:

Audit Photo:

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/18/23 13:37
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** CC:B8:A8:9A:6C:DA
**Device ID:** CCB8A89A6CDA

**Form Info**

**Category:** ICE
**Form:** 02. Access to Legal Materials

**Grievance Info**

**Status:** CLOSED **by** C. Dorame
**Facility Deadline:** 12/25/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Facility Favor-Denied

**Details:**

The officer Fay denie me ebolos

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

**STATE GRIEVANCE (Include documentation, witnesses, date, time of incident, and any other information pertaining to the grievance subject.):**
The officer Fay denie me embolos for legal mail in the library 5:20 am illegally auction for this institution don't give the access to legal staff the r&d loss my money $244.00 dollars November-7-2023 / 9:30 am I can't buy nothing in commissary

**REQUESTED ACTION:**
Give stamps and embolos for legal mail for indigent people please

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/19/23 07:11 | C. Dorame | Staff Response | Good Morning, Please fill out indigent status form provided in unit for all detainees who meet the criteria. ICE Detainees are considered "indigent " if he/she has less than $15.00 in his/her account. Library is not required to issue envelopes to detainees upon request. Please follow proper procedure in place to receive services for indigent detainees. Detainee was issued (4) envelopes upon request upon request from library. Detainee advised to follow proper procedure. |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/19/23 07:10 | C. Dorame | Changed Status | From 'Open' to 'Closed' |
| 12/19/23 07:10 | C. Dorame | Changed Disposition | Changed the disposition value for level 1 from to Facility Favor-Denied |
| **12/18/23 13:37** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **The officer Fay denie me ebolos** |

# Grievance #405054161

Profile Photo:



Audit Photo:

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/17/23 11:14
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** CCB8A89A717C
**Device ID:** CCB8A89A717C

**Form Info**

**Category:** ICE
**Form:** 13. Mail

**Grievance Info**

**Status:** CLOSED **by** Mileto, L
**Facility Deadline:** 12/22/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Returned

**Details:**

Illegal action

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

I don't have the numbers phone to my families and the institution denied send my mail and r&d loss my money I need help to recep attorney and the institution denied all my opportunity to recep legal help

**REQUESTED ACTION:**
Any where in U.S the institution give Free send 3 personal mail to recep help legal

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/18/23 09:18 | Mileto, L | Changed Status | From 'Open' to 'Closed' |
| 12/18/23 09:18 | Mileto, L | Changed Disposition | Changed Disposition for level 1 with value '' to 'Returned' |
| **12/18/23 09:18** | **Mileto, L** | **Staff Response** | **Duplicate grievance to 402898891 403544981 which have been addressed.** |
| 12/17/23 15:19 | R. Crouch | Recategorization | Changed Category and Form from 'USMS/USMS 13. Mail Grievance ' to 'ICE/13. Mail ' |
| **12/17/23 11:14** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **Illegal action** |

# Grievance #402898891

Profile Photo:



Audit Photo:

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/09/23 12:39
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** C4:FB:C8:04:48:D5
**Device ID:** C4FBC80448D5

**Form Info**

**Category:** ICE
**Form:** 14. Intake

**Grievance Info**

**Status:** OPEN
**Facility Deadline:** 12/18/23 23:59 (4d)
**Grievance Level:** 2
**Resident can reply:** No
**Disposition @ 1:** Facility Favor-Denied
**Disposition @ Level 2:** Undecided

**Details:**

The officers from r&d loss my money

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

When we come to the San ysidro detention center in the morning about 9am to 10am the officer's loss my Cash money $244.00 dollars and $ 500 Mexican pesos the officer's loss my Cash money dollars and they put me just the Mexican money I need my all money back $244.00 u.s dollars back you can check the videos Canada's when I give my money to the officer's from r&d or you can ask in San ysidro detention how much money I have with me i sleep for more the 12 days with $244.00 dollars and $500 Mexican pesos in November-7-2023

**REQUESTED ACTION:**
I need my money back $244.00 dollars

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **12/14/23 13:00** | **Mileto, L** | **Staff Response** | **The camera system was reviewed and found no evidence to support your allegations. Staff followed the correct process, all bags are sealed, placed in a locked box and a receipt was issued. The GAB finds this grievance in favor of the facility.** |
| 12/14/23 06:44 | Mileto, L | Document added | Document OMS Note.pdf was added. Shared with Resident: No |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/13/23 05:50 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| 12/11/23 14:57 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| **12/11/23 14:57** | **CARLOS GONZALEZ BECERRA** | **Escalated** | **GONZALEZ BECERRA, CARLOS has escalated the grievance on 12/11/2023 14:57 -08:00 Response: But my u.s dollars the r&d tell me they loss my money that's why I ask for help I need my money black $244.00 dollars u.s** |
| 12/11/23 14:57 | | Changed Status | From Closed to Open due to Appeal |
| 12/11/23 14:57 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/11/23 14:54 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| 12/11/23 10:36 | Mileto, L | Changed Status | From 'Open' to 'Closed' |
| 12/11/23 10:33 | Mileto, L | Recategorization | Changed Category and Form from 'USMS/USMS 14. Intake Grievance ' to 'ICE/14. Intake ' |
| 12/11/23 10:32 | Mileto, L | Changed Status | From 'Closed' to 'Open' |
| **12/09/23 15:03** | **R. Crouch** | **Staff Response** | **If you arrived yesterday your funds will only post on Monday. We do not handle Mexican pesos that will go into your property.** |
| 12/09/23 15:03 | R. Crouch | Changed Status | From 'Open' to 'Closed' |
| 12/09/23 15:02 | R. Crouch | Changed Disposition | Changed the disposition value for level 1 from from Facility Favor-Denied to Facility Favor-Denied |
| 12/09/23 15:02 | R. Crouch | Changed Disposition | Changed the disposition value for level 1 from to Facility Favor-Denied |
| **12/09/23 12:39** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **The officers from r&d loss my money** |

# Grievance #403544981

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/12/23 05:20
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** CCB8A89A6FA3
**Device ID:** CCB8A89A6FA3

**Form Info**

**Category:** ICE
**Form:** 13. Mail

**Grievance Info**

**Status:** CLOSED **by** R. Crouch
**Facility Deadline:** 12/19/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ 1:** Facility Favor-Denied

**Details:**

Stamps for legal

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

Cuando preguntamos pot estampas y sobres para mandar cosas legales el institutions se niega a darnos sobres y estampasara indigentes r&d perdio mi dinero y no puedo mandar mail legal no personal cosas ilegales

**REQUESTED ACTION:**
Dar sobres y estampas para mail legal y personal so no Como podremos pelear mi caso ? Pot favor ayudar a con el mail

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **12/12/23 11:43** | **R. Crouch** | **Staff Response** | **You will need use the Law Library for legal mail if your indigent, You may also submit an indigent request form to accounting. Get the form form your unit management staff.** |
| 12/12/23 11:43 | R. Crouch | Changed Status | From 'Open' to 'Closed' |
| 12/12/23 11:41 | R. Crouch | Changed Disposition | Changed the disposition value for level 1 from to Facility Favor-Denied |
| 12/12/23 11:40 | R. Crouch | Recategorization | Changed Category and Form from 'USMS/USMS 13. Mail Grievance ' to 'ICE/13. Mail ' |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/12/23 05:20 | CARLOS GONZALEZ BECERRA | Submitted New | Stamps for legal |

# Grievance #402698131

**Profile Photo:**



**Audit Photo:**

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/08/23 14:08
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** C4:FB:C8:04:6E:B0
**Device ID:** C4FBC8046EB0

**Form Info**

**Category:** ICE
**Form:** 05. Safety/Security

**Grievance Info**

**Status:** CLOSED **by** R. Ayers
**Facility Deadline:** 12/15/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ 1:** Facility Favor-Denied

**Details:**

In the office from San isidro

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

**STATE GRIEVANCE (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject.):**
The officer give me some documents to sing I refuse to sing because I need the attorney he hit me brutality I loss my teeth I never recep medical attention I needed my teeth back November 26-2023 about 4:00 pm to 7:00 pm

**REQUESTED ACTION:**
Legal help and my teeth back

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/08/23 21:45 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| 12/08/23 21:45 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| 12/08/23 15:47 | R. Ayers | Changed Status | From 'Open' to 'Closed' |
| 12/08/23 15:47 | R. Ayers | Changed Disposition | Changed Disposition for level 1 with value '' to 'Facility Favor-Denied' |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **12/08/23 15:47** | **R. Ayers** | **Staff Response** | **You need to speak to an attorney or ICE agent concerning this issue. This did not occur in the facility of Otay Mesa Detention Center.** |
| **12/08/23 14:08** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **In the office from San isidro** |

# Grievance #402901761

Profile Photo:



Audit Photo:

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/09/23 12:49
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** C4:FB:C8:04:48:D5
**Device ID:** C4FBC80448D5

**Form Info**

**Category:** ICE
**Form:** 20. Violations of Constitutional rights

**Grievance Info**

**Status:** CLOSED **by** Mileto, L
**Facility Deadline:** 12/15/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Returned

**Details:**

In San ysidro detention center the officer hit me brutality

**Details:**

**INFORMAL RESOLUTION USED (not required for an emergency grievance)?:**
Yes

**STATE GRIEVANCE (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject.):**
On November-7-2023 about 4pm to 6pm the officer hit me brutality just because I don't want to sing some paper he hit me with the Wall 3 times abuse of the power ,discrimination ,racis I loss my teeth in the from

**REQUESTED ACTION:**
I need my teeth s back and some body can check those brutality activities to this officer no body had the power to hit no body no violence the people live matter

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/12/23 13:23 | Mileto, L | Changed Status | From 'Open' to 'Closed' |
| 12/12/23 13:23 | Mileto, L | Changed Disposition | Changed Disposition for level 1 with value '' to 'Returned' |
| **12/12/23 13:23** | **Mileto, L** | **Staff Response** | **Duplicate to Grievance #402698131** |
| 12/11/23 14:58 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/10/23 06:35 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| 12/09/23 17:15 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| **12/09/23 12:49** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **In San ysidro detention center the officer hit me brutality** |

# Grievance #403544981

**Profile Photo:**



**Audit Photo:**

**Resident Info**

**Name:** CARLOS GONZALEZ BECERRA (1982-03-05)
**Booking Number:** 205527581
**Nationality:**
**Submitted Date:** 12/12/23 05:20
**Submitted from Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Current Location/Room:** SECTION:M--BLOCK:M--CELL:103--BED:U/M
**Facility:** Otay Mesa Detention Center
**MAC ID:** CCB8A89A6FA3
**Device ID:** CCB8A89A6FA3

**Form Info**

**Category:** ICE
**Form:** 13. Mail

**Grievance Info**

**Status:** CLOSED **by** Mileto, L
**Facility Deadline:** 12/20/23 23:59
**Grievance Level:** 2
**Resident can reply:** No
**Disposition @ 1:** Facility Favor-Denied
**Disposition @ Level 2:** Facility Favor-Denied

**Details:**

Sellos para legales

**Details:**

**¿RESOLUCIÓN INFORMAL UTILIZADA (no requerida para una queja de emergencia)?:**
Yes

Cuando preguntamos pot estampas y sobres para mandar cosas legales el institutions se niega a darnos sobres y estampasara indigentes r&d perdio mi dinero y no puedo mandar mail legal no personal cosas ilegales

**ACCIÓN SOLICITADA:**
Dar sobres y estampas para mail legal y personal so no Como podremos pelear mi caso ? Pot favor ayudar a con el mail

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/14/23 13:02 | Mileto, L | Changed Status | From 'Open' to 'Closed' |
| 12/14/23 13:02 | Mileto, L | Changed Disposition | Changed Disposition for level 2 with value '' to 'Facility Favor-Denied' |
| **12/14/23 13:02** | **Mileto, L** | **Staff Response** | **The facility has a process in place for indigent services in which you can obtain stamps and envelopes. Attach you will find the form to fill out and submit to the business department. We are also attaching a manilla envelope for your legal mail. Translated to: La instalación cuenta con un proceso para servicios a indigentes en el** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | **que se pueden obtener sellos y sobres. Adjunto encontrará el formulario para completar y enviar al departamento comercial. También adjuntamos un sobre manilla para su correo legal.** |
| **12/14/23 12:37** | **R. Ayers** | **Staff Response** | **El gerente de unidad, Ayers, le dio el formulario de indigente, le pidió que lo llenara y lo llevó a contabilidad ese día. Te dije una y otra vez ayer que te responderían. También me dijiste que era para tu familia. Cuando envía el formulario, espera la respuesta y, según el formulario, indica la cantidad de días aquí en la instalación para recibir los artículos solicitados.** |
| 12/14/23 06:43 | Mileto, L | Document deleted | Document OMS Note.pdf was deleted. |
| 12/14/23 06:43 | Mileto, L | Document deleted | Document OMS Note.pdf was deleted. |
| 12/14/23 06:43 | Mileto, L | Document deleted | Document OMS Note.pdf was deleted. |
| 12/14/23 06:43 | Mileto, L | Document deleted | Document OMS Note.pdf was deleted. |
| 12/13/23 14:07 | Mileto, L | Document added | Document OMS Note.pdf was added. Shared with Resident: No |
| 12/13/23 05:55 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| **12/13/23 05:54** | **CARLOS GONZALEZ BECERRA** | **Escalated** | **GONZALEZ BECERRA, CARLOS ha escalado la denuncia el 13/12/2023 05:54 -08:00 Response: Es el Segundo CIA que LA libreria esta sin acceso para nuestra unidad M necesitamos embolos y legal material ,illegal action de esta institution necesitamos LA libreria habierta** |
| 12/13/23 05:54 | | Changed Status | From Closed to Open due to Appeal |
| 12/13/23 05:54 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/13/23 05:51 | CARLOS GONZALEZ BECERRA | Viewed Staff Response | |
| **12/12/23 11:43** | **R. Crouch** | **Staff Response** | **Necesitará utilizar la Biblioteca de Derecho para recibir correo legal si es indigente. También puede enviar un formulario de solicitud para indigentes a contabilidad. Obtenga el formulario del personal de administración de su unidad.** |
| 12/12/23 11:43 | R. Crouch | Changed Status | From 'Open' to 'Closed' |
| 12/12/23 11:41 | R. Crouch | Changed Disposition | Changed the disposition value for level 1 from to Facility Favor-Denied |
| 12/12/23 11:40 | R. Crouch | Recategorization | Changed Category and Form from 'USMS/USMS 13. Mail Grievance ' to 'ICE/13. Mail ' |
| **12/12/23 05:20** | **CARLOS GONZALEZ BECERRA** | **Submitted New** | **Sellos para legales** |

CARLOS JONATHAN GONZALEZ BECERRA
A# 205527581
OTAY MESA Detention CENTER
P.O. BOX 439049
SAN DIEGO, CA 92143-9049







U.S.
FEDERAL
SUPREME COURT
333 W. BROADWAY #420
SAN DIEGO, CA 92101

CoreCivic
Otay Mesa Detention Center
This facility is not responsible for the substance/contents of this package.

